# THE UNITED STATES DISTRICT COURT
## FOR
# THE NORTHERN DISTRICT OF NEW YORK

CHRITINE BENEDICT, individually and in her capacity as a candidate for
the public office for Albany County Legislator from the 28th District, and
PAULA FUSCO,
Plaintiffs,

- against -

*07*

Index No. 06-cv-618 (GLS/RFT)

THE NEW YORK STATE BOARD OF ELECTIONS, NEIL W.
KELLEHER (in his official capacity as a Commissioners of The New York
State Board of Elections), DOUGLAS A. KELLNER (in his official capacity
as a Commissioners of The New York State Board of Elections), EVELYN J.
AQUILA (in her official capacity as a Commissioners of The New York State
Board of Elections), AND HELENA MOSES DONOHUE (in her official
capacity as a Commissioners of The New York State Board of Elections), and
THE ALBANY COUNTY BOARD OF ELECTIONS,
Defendants.

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, who have not
been served by an adverse party with an answer or a motion for summary
judgment, hereby voluntarily dismisses this action.

Submitted on this 16th day of October, 2007

**/s/ Tom Marcelle**
Tom Marcelle (Bar Roll No. 102117)
Counsel for Plaintiffs
2 E-Comm Square, 3rd Floor
Albany, New York 12207
(518) 427-1720

SO ORDERED:

Gary L. Sharpe

U.S. District Judge
Date: 10/17/07

1